# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MICHAEL PATTERSON,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>BRIAN WILLIAMS, SR., et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:20-cv-01267-GMN-NJK<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Christopher Michael Patterson's unopposed first Motion for Extension of Time (ECF No. 12) is GRANTED. Patterson has until June 1, 2021, to file an amended petition for writ of habeas corpus.

DATED: March 4, 2021

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE