# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MICHAEL PATTERSON, | Case No. 2:20-cv-01267-GMN-NJK |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, SR., et al., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Christopher Michael Patterson's unopposed second Motion for Extension of Time (ECF No. 14) is GRANTED. Patterson has until August 2, 2021, to file an amended petition for writ of habeas corpus.

DATED: June 7, 2021

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1