# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MICHAEL PATTERSON,<br><br>Petitioner,<br>v.<br><br>BRIAN WILLIAMS, SR., et al.,<br><br>Respondents. | Case No. 2:20-cv-01267-GMN-NJK<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Christopher Michael Patterson's unopposed third Motion for Extension of Time (ECF No. 16) is GRANTED. Patterson has until October 1, 2021, to file an amended petition for writ of habeas corpus.

Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

DATED: August 19, 2021

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE