# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MICHAEL PATTERSON, | Case No. 2:20-cv-01267-GMN-NJK |
| Petitioner, | |
| v. | **ORDER** |
| BRIAN WILLIAMS, SR., et al., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed first Motion for Extension of Time (ECF No. 27) is GRANTED. Respondents have until May 16, 2022, to answer or otherwise respond to Petitioner's amended petition for writ of habeas corpus.

DATED: April 6, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE