# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MICHAEL PATTERSON,<br><br>             Petitioner,<br>v.<br>BRIAN WILLIAMS, SR., et al.,<br><br>             Respondents. | Case No. 2:20-cv-01267-GMN-NJK<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed fourth Motion for Extension of Time (ECF No. 34) is GRANTED. Respondents have until August 15, 2022, to answer or otherwise respond to Petitioner's amended petition for writ of habeas corpus.

DATED: August 6, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE