# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MICHAEL PATTERSON, | Case No. 2:20-cv-01267-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, SR., et al., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' fifth Motion for Enlargement of Time (ECF No. 71) is GRANTED. Respondents have until August 16, 2022, to answer or otherwise respond to Petitioner's amended petition for writ of habeas corpus.

DATED: August 16, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE