# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MICHAEL PATTERSON, | Case No. 2:20-cv-01267-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, SR., et al., | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed motion for extension of time in which to file an opposition to Respondents' motion to dismiss **(ECF No. 74) is GRANTED**. Petitioner has until October 31, 2022, to file an opposition to Respondents' motion to dismiss.

DATED: September 2, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE