# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MICHAEL PATTERSON,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, SR., et al.,<br><br>Respondents. | Case No. 2:20-cv-01267-GMN-NJK<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed motion for extension of time in which to file an opposition to Respondents' motion to dismiss **(ECF No. 76) is GRANTED**. Petitioner has until November 21, 2022, to file an opposition to Respondents' motion to dismiss.

DATED: November 2, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE