# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MICHAEL PATTERSON,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, SR., et al.,<br><br>Respondents. | Case No. 2:20-cv-01267-GMN-NJK<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's unopposed motion for extension of time in which to file an opposition to Respondents' motion to dismiss (third request) (ECF No. 78) is GRANTED. Petitioner has until December 21, 2022, to file an opposition to Respondents' motion to dismiss.

DATED: November 22, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE