# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MICHAEL PATTERSON, <br> Petitioner, <br> v. <br> BRIAN WILLIAMS, SR., et al., <br> Respondents. | Case No. 2:20-cv-01267-GMN-NJK <br><br> **ORDER** |

Good cause appearing, **IT IS HEREBY ORDERED** that Respondents' motion for enlargement of time to file a reply in support of Respondents' motion to dismiss the amended petition for writ of habeas corpus (first request) **(ECF No. 82) is GRANTED**. Respondents have until February 27, 2023, to file a reply in support of their motion to dismiss.

DATED: December 28, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE