UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER MICHAEL PATTERSON,<br><br>　　　　　　　　　　　　Petitioner,<br>　v.<br>BRIAN WILLIAMS, SR., et al.,<br><br>　　　　　　　　　　　　Respondents. | Case No. 2:20-cv-01267-GMN-NJK<br><br>**ORDER** |

　　　　This habeas matter is before the Court on Respondents' fourth Motion to Extend Time (ECF No. 88). Respondents seek a 2-day extension of time to file their reply in support of their motion to dismiss. On March 14, 2023, the Court granted Respondents an extension of time until March 22, 2023, to file their reply and warned Respondents that this was the final extension. (ECF No. 87.) Considering the requested length of extension of 2 days and Respondents' counsel's representations of due diligence, the Court will grant Respondents' request. Respondents will have **a final extension** until **March 24, 2023,** to file their reply in support of their motion to dismiss. Moving forward counsel will be required to prioritize the briefing of the motion to dismiss in this case over later-filed matters.

　　　　It is therefore ordered that Respondents' fourth Motion to Extend Time (ECF No. 88) is granted. Respondents have until **March 24, 2023**, to file their reply in support of their motion to dismiss.

　　　　It is further ordered that counsel must prioritize the briefing of the motion to dismiss in this case over later-filed matters. **Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why the briefing could not be completed within the extended time allowed despite the exercise of due diligence.**

　　　　DATED: March 23, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE